| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:16CR452-LJA |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:17-00234 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Alabama | Northern |
| HEATHER D. GIVNER | NAME OF SENTENCING JUDGE | |
| | The Honorable Leslie J. Abrams | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/23/2017 | TO 03/22/2020 |

| OFFENSE |
|---|
| Theft of Mail Matter by Officer or Employee --- 18 U.S.C. 1709 |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __ALABAMA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Nov. 27, 2017
*Date* — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __TENNESSEE__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec. 12, 2017
*Effective Date* — *United States District Judge*